UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULLAH ABRIQ, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO. 3:17-cv-00690 JUDGE CRENSHAW |
| DARON HALL and METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, ) ) ) ) | |
| Defendants. | |

## ORDER

The Court will hold a hearing on Plaintiffs' motion for a temporary restraining order (Doc. No. 3) on **Wednesday, April 12, 2017**, at 9:00a.m., in Courtroom A859. Defendants shall file a response to the motion on or before **April 11, 2017**, at noon. Further, on or before **April 11, 2017**, Plaintiff shall file a supplemental brief on whether a constitutional violation arises from a local government holding ICE detainees pursuant to an alleged <u>ultra</u> <u>vires</u> INA § 287(g) contract. Plaintiffs are **DIRECTED** to serve a copy of this order on Defendant.

The Clerk is **DIRECTED** to send a copy of the Complaint and this Order to the Acting United States Attorney for the Middle District of Tennessee.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE