IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ABDULLAH ABRIQ, on behalf of himself and ) 
others similarly situated, )
) No. 3:17-CV-0690
Plaintiffs, )
) Judge Crenshaw
v. )
)
DARON HALL and THE METROPOLITAN )
GOVERNMENT OF NASHVILLE AND )
DAVIDSON COUNTY, )
)
Defendants. )

## DECLARATION OF MARTY PATTERSON

Marty Patterson hereby declares, under the penalties of perjury, the following:

1.    I am over the age of 18 and have direct knowledge of the matters stated herein.

2.    I am employed by Davidson County Sheriff's Office ("DCSO") as a Booking Supervisor/ICE Liason.

3.    On April 11, 2017 at 10:16 a.m., ICE took physical custody of Abdullah Abriq and removed him from DCSO.

4.    ICE makes the decision when to transfer an ICE detainee being housed at DCSO to a different facility. DCSO does not control that decision.

{N0131813.1}

_Marty Patterson_
Marty Patterson

$04/11/2017$
Date

{N0131813.1}

## Certificate of Service

        This is to certify that a copy of the foregoing has been forwarded via the court's ECF/CM system to:

J. Gerard Stranch, IV
Tricia Herzfeld
Anthony A. Orlandi
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203

Elliot Ozment
Ozment Law
1214 Murfreesboro Pike
Nashville, TN 37217

on this the 11th day of April, 2017.

/s/Keli J. Oliver
Keli J. Oliver

{N0131688.1}