UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULLAH ABRIQ,<br><br>　　　Plaintiff,<br><br>v.<br><br>DARON HALL, in his official capacity as Sheriff of Davidson County, and METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,<br><br>　　　Defendants. | Case No. 3:17-cv-00690<br><br>Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

　　　I recuse myself from further proceedings in this matter. The Clerk is DIRECTED to assign this case to a different magistrate judge.

　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge