# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| ABDULLAH ABRIQ, on behalf of himself and all others similarly situated, | ) ) ) ) | Case No. 3:17-cv-690 Hon. Waverly D. Crenshaw, Jr. Magistrate Judge Barbara D. Holmes |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY DEMAND |
| DARON HALL, in his official capacity as Sheriff of Davidson County; and the METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY'S MOTION TO DISMISS

On April 11, 2017, Defendant Metropolitan Government of Nashville and Davidson County filed a Motion to Dismiss the Plaintiff's original Complaint (Dkt. No. 1) under Rule 12(b)(1) for lack of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim. (Dkt. Nos. 16-17.) On April 20, 2017, the Court granted the Plaintiff until May 9, 2017 to respond to the Motion to Dismiss. (Dkt. No. 24.)

Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff may amend an initial pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). On today's date, the Plaintiff, on behalf of himself and all others similarly situated, has responded to the Defendant's Rule 12(b) motion by filing a First Amended Class Action Complaint as a matter of course under Rule 15(a)(1)(B). (Dkt. No. 26.) The First Amended Class Action Complaint supersedes the original Complaint and thereby moots the Motion to

Dismiss.  Accordingly, the Plaintiff is not required to respond substantively to the arguments set

forth in the Motion to Dismiss.

Dated: May 9, 2017                                    Respectfully submitted,

                                                     **/s/ Tricia R. Herzfeld**
                                                     J. Gerard Stranch, IV, Esq. (BPR #23045)
                                                     Tricia Herzfeld (BPR # 26014)
                                                     Anthony A. Orlandi (BPR # 33988)
                                                     BRANSTETTER, STRANCH &
                                                     JENNINGS, PLLC
                                                     223 Rosa L Parks Avenue, Suite 200
                                                     Nashville, TN 37203
                                                     Phone: (615) 254-8801
                                                     Fax: (615) 255-5419
                                                     gerards@bsjfirm.com
                                                     triciah@bsjfirm.com
                                                     aorlandi@bsjfirm.com

                                                     Elliot Ozment
                                                     Ozment Law
                                                     1214 Murfreesboro Pike
                                                     Nashville, TN 37217
                                                     (615) 321-8888
                                                     Elliott@ozmentlaw.com


                                                     *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2017, the foregoing document was

served via the Court's ECF system upon all counsel of record, including the following:

Keli Oliver
Melissa Roberge
Metropolitan Government of Nashville
Department of Law
Metro Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219-6300


                                               **/s/ Tricia R. Herzfeld**
                                               Tricia R. Herzfeld