## The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**          SH0416R&B

6/8/2016
Kbratcher

TO: **US Marshal's Service**
**Estes Keefauver Federal Bldg**
**110 9th Avenue North**
**Room A-750**
**Nashville, TN  37203**

FROM:   The Metropolitan Government of Nashville and Davidson County

Dept:   Sheriff's Office

Address:   506 Second Avenue North, Nashville, TN   37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **April-16** | | | | |
| **4/1/16** | **Contract Number J-B-75-M-160** | | | | |
| **4/30/2016** | 153 days @ $61 | | | | $          9,333.00 |

| | | | | | |
|---|---|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | | TOTAL | $          9,333.00 |

METRO 006914

| CIS# | Name | Admit | Release | LOS |
|---|---|---|---|---|
| 797237 | DAVIS, EVETTE S | 4/14/16 | 4/15/16 | 1 |
| 667669 | DUARTE, PEDRO GOMEZ | 4/13/16 | 4/18/16 | 5 |
| 764472 | FOXX, ROBERT DANTE | 7/8/15 | 5/3/16 | 30 |
| 502315 | FUQUA, QUINCY MAUNICE | 2/26/10 | 4/4/16 | 3 |
| 769735 | GRAHAM, ANTONIO MONTREZ | 8/20/15 | 5/6/16 | 30 |
| 650461 | HARRIS, OMEGA P | 1/24/13 | 5/3/16 | 30 |
| 798559 | HUMBERTO-GINEZ, EDMUNDO | 4/25/16 | 4/26/16 | 1 |
| 795382 | JACKSON, CHRISTOPHER A | 4/8/16 | 4/12/16 | 4 |
| 797382 | LEONARD, BRANDON LEE | 4/15/16 | 5/3/16 | 16 |
| 794155 | LEWIS, MITCHELL D | 4/4/16 | 4/6/16 | 2 |
| 797993 | PAPE, KRYSTIN | 4/21/16 | 4/21/16 | 0 |
| 797270 | SWEENEY, JAMECIA LAVONSHA | 4/14/16 | 4/15/16 | 1 |
| 644615 | WILLIAMS, LEO KENNETH | 12/7/12 | 5/6/16 | 30 |
| | | | | 153 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**   SH0516R&B

9/14/2016
Kbratcher

TO:     **US Marshal's Service**          FROM:   The Metropolitan Government of Nashville and
        **Estes Keefauver Federal Bldg**            Davidson County
        **110 9th Avenue North**          Dept:   Sheriff's Office
        **Room A-750**
        **Nashville, TN  37203**          Address:  506 Second Avenue North, Nashville, TN  37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| **5/1/16** **5/31/2016** | **May-16** **Contract Number J-B-75-M-160** 59 days @ $61 | | | | $          3,599.00 |
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | | TOTAL | $          3,599.00 |

METRO 006951

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 711475 | CUNNINGHAM, GERALD  LAMONT | 5/28/16 | 5/31/16 | 3 |
| 787100 | DEMAIO, JOSEPH  DAVID | 5/5/16 | 5/6/16 | 1 |
| 802394 | FLETCHER, RICHARD  B | 5/27/16 | 5/31/16 | 4 |
| 764472 | FOXX, ROBERT  DANTE | 7/8/15 | 5/3/16 | 2 |
| 800454 | FRAZIER, DAVID  ANTWAN | 5/16/16 | 5/17/16 | 1 |
| 802500 | GILL, JASWANT  S | 5/27/16 | 5/31/16 | 4 |
| 799331 | GONZALES-BERNAL, JOSE  EDUARDO | 5/2/16 | 5/3/16 | 1 |
| 800420 | HANCOCK, TRACEY  RENE | 5/10/16 | 5/11/16 | 1 |
| 650461 | HARRIS, OMEGA  P | 1/24/13 | 5/3/16 | 2 |
| 714344 | LAMPKINS, DONSHA  E | 5/20/16 | 5/31/16 | 11 |
| 797382 | LEONARD, BRANDON  LEE | 4/15/16 | 5/3/16 | 2 |
| 801181 | ONAGHINOR, MCCARTHY  O | 5/27/16 | 6/6/16 | 5 |
| 798917 | WEBSTER, RAMELL  BROWN | 5/3/16 | 5/5/16 | 2 |
| 644615 | WILLIAMS, LEO  KENNETH | 12/7/12 | 5/6/16 | 5 |
| 787860 | JONES, DAVID  THOMAS | 5/9/16 | 5/19/16 | 10 |
| 769735 | GRAHAM, ANTONIO  M | 5/1/16 | 5/6/16 | 5 |
|  |  |  |  | 59 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**   SH0616R&B

9/14/2016
Kbratcher

TO: **US Marshal's Service**

FROM: The Metropolitan Government of Nashville and Davidson County

**Estes Keefauver Federal Bldg**

**110 9th Avenue North**   Dept: Sheriff's Office

**Room A-750**

**Nashville, TN 37203**   Address: 506 Second Avenue North, Nashville, TN 37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| **6/1/16** **6/30/2016** | **June-16** **Contract Number J-B-75-M-160** 37 days @ $61 | | | | $ 2,257.00 |
| | | | | | |

| | | |
|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | TOTAL | $ 2,257.00 |

METRO 006942

| CIS# | Name | Admit | Release | LOS |
|---|---|---|---|---|
| 795444 | BANGURA, OLAYINKA | 6/9/16 | 6/15/16 | 6 |
| 803416 | CARUTHERS, RICKY  ALVALON | 6/15/16 | 7/1/16 | 16 |
| 805129 | HODISON, BUIN  EDWARD | 6/29/16 | 6/30/16 | 1 |
| 799903 | MONTGOMERY, ADRIAN  L | 6/7/16 | 6/8/16 | 1 |
| 803183 | MOORE, SAMUEL  L | 6/8/16 | 6/13/16 | 5 |
| 801181 | ONAGHINOR, MCCARTHY  O | 5/16/16 | 6/6/16 | 5 |
| 804427 | RILEY, KHALINA  CHEREE | 6/13/16 | 6/14/16 | 1 |
| 806185 | STARKS, IVY  C | 6/28/16 | 6/29/16 | 1 |
| 803982 | TUTTLE, JAMES  EARL | 6/9/16 | 6/10/16 | 1 |

37

METRO 006943

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**          SH0716R&B

12/19/2016
Kbratcher

TO:          **US Marshal's Service**          FROM:    The Metropolitan Government of Nashville and
          **Estes Keefauver Federal Bldg**                       Davidson County
          **110 9th Avenue North**          Dept:    Sheriff's Office
          **Room A-750**
          **Nashville, TN  37203**          Address:  506 Second Avenue North, Nashville, TN   37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **July-16** | | | | |
| **7/1/16** | **Contract Number J-B-75-M-160** | | | | |
| **7/31/2016** | 9 days @ $61 | | | | $          549.00 |
| | | | | | |

| | | | |
|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office<br>P.O. Box 196383 Nashville, TN 37219-6383<br>Contact: Kristie Bratcher 615-862-8222 | TOTAL | $ | 549.00 |

METRO 006938

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 809697 | AGUIRRE-DELGADO, ELI | 7/29/16 | 8/1/16 | 3 |
| 809542 | BURNS, JAMES  FREDRICK | 7/28/16 | 7/29/16 | 1 |
| 808539 | CLARK, RONALD  URIUS | 7/19/16 | 7/21/16 | 2 |
| 807474 | FRANCISCO, DAVID  THOMAS | 7/26/16 | 7/27/16 | 1 |
| 807298 | POORE, MICHAEL | 7/11/16 | 7/13/16 | 2 |
| | | | | 9 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**　　　　SH0816R&B

12/19/2016
Kbratcher

TO:　　**US Marshal's Service**

FROM: The Metropolitan Government of Nashville and Davidson County

**Estes Keefauver Federal Bldg**

**110 9th Avenue North**　　Dept:　Sheriff's Office

**Room A-750**

**Nashville, TN  37203**　　Address:  506 Second Avenue North, Nashville, TN  37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| 8/1/16 8/31/2016 | **August-16** **Contract Number J-B-75-M-160** 12 days @ $61 | | | | $　　732.00 |
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | | TOTAL | $　　732.00 |

METRO 006918

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 809976 | AGUIRRE-DELGADO, ELI | 8/1/16 | 8/2/16 | 1 |
| 810354 | BARRETT, JONATHAN RAY | 8/4/16 | 8/5/16 | 1 |
| 810639 | BELL, TERRANCE LAMONT | 8/7/16 | 8/8/16 | 1 |
| 810970 | BURNETTE, STACEY DEWUAN | 8/10/16 | 8/11/16 | 1 |
| 811988 | DIACONU, VLAD | 8/18/16 | 8/19/16 | 1 |
| 810608 | ENDSLEY, HOWARD E | 8/8/16 | 8/9/16 | 1 |
| 810007 | HATCHER, TYWAN L | 8/9/16 | 8/10/16 | 1 |
| 810983 | HORTON, TREMAYNE DION | 8/10/16 | 8/11/16 | 1 |
| 813311 | PETERS, ANTHONY | 8/30/16 | | 1 |
| 812067 | HEFFINGTON, PHILLIP | 8/19/16 | 8/22/16 | 3 |
| | | | | 12 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**          SH0916R&B

12/19/2016
Kbratcher

TO:     **US Marshal's Service**          FROM:   The Metropolitan Government of Nashville and
        **Estes Keefauver Federal Bldg**                  Davidson County
        **110 9th Avenue North**          Dept:   Sheriff's Office
        **Room A-750**
        **Nashville, TN  37203**          Address:  506 Second Avenue North, Nashville, TN   37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| 9/1/16 9/30/2016 | **September-16** **Contract Number J-B-75-M-160** 11 days @ $61 | | | | $          671.00 |

| | | | |
|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | TOTAL | $ | 671.00 |

| CIS# | Name | Admit | Release | Days |
|------|------|-------|---------|------|
| 774570 | CAMPBELL, JAVONTA  VESHON | 9/28/16 | 9/30/16 | 2 |
| 814525 | CHATMAN, WILLIE | 9/9/16 | 9/12/16 | 3 |
| 814939 | DAVIS, PRESTON  E | 9/13/16 | 9/14/16 | 1 |
| 815885 | DEES, RICKY  LEON | 9/21/16 | 9/22/16 | 1 |
| 766866 | STARKS, DARRYL  A | 9/9/16 | 9/13/16 | 4 |
| | | | | 11 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**            SH1016R&B

12/19/2016
Kbratcher

TO:        **US Marshal's Service**         FROM:   The Metropolitan Government of Nashville and
           **Estes Keefauver Federal Bldg**            Davidson County
           **110 9th Avenue North**         Dept:   Sheriff's Office
           **Room A-750**
           **Nashville, TN  37203**         Address:   506 Second Avenue North, Nashville, TN  37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **October-16** | | | | |
| **10/1/16** | **Contract Number J-B-75-M-160** | | | | |
| **10/31/2016** | 7 days @ $61 | | | | $          427.00 |
| | | | | | |

| | TOTAL | $          427.00 |
|---|---|---|

Please return remittance advice to Davidson County Sheriff's Office
P.O. Box 196383 Nashville, TN 37219-6383
Contact: Kristie Bratcher 615-862-8222

METRO 006962

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 818015 | BRUSH, FREDERICK  JAMES | 10/19/16 | 10/20/16 | 1 |
| 801777 | LEWIS, MITCHELL  D | 10/29/16 | 11/7/16 | 3 |
| 817854 | OLDHAM, VERNON  E | 10/14/16 | 10/17/16 | 3 |

7

METRO 006963

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**    SH1116R&B

3/31/2017
Kbratcher

TO:    **US Marshal's Service**

FROM:  The Metropolitan Government of Nashville and Davidson County

**Estes Keefauver Federal Bldg**

**110 9th Avenue North**    Dept:  Sheriff's Office

**Room A-750**

**Nashville, TN 37203**    Address:  506 Second Avenue North, Nashville, TN 37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **November-16** | | | | |
| **11/1/16** | **Contract Number J-B-75-M-160** | | | | |
| **11/30/2016** | 15 days @ $61 | | | | $        915.00 |

| | | | | | |
|---|---|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | | TOTAL | $        915.00 |

METRO 007581

| CIS# | Name | Admit | Release | LOS |
|---|---|---|---|---|
| 802028 | BATEY, KIA  LAJUANIA | 11/3/16 | 11/4/16 | 1 |
| 821836 | JOHNSON, ANTONIO  LAMONT | 11/15/16 | 11/16/16 | 1 |
| 718863 | KING, JAY  PEARL | 11/2/16 | 11/4/16 | 2 |
| 801777 | LEWIS, MITCHELL  D | 5/21/16 | 11/7/16 | 6 |
| 820377 | LORD, DOUGLAS  MYRON | 11/3/16 | 11/4/16 | 1 |
| 822262 | SHIELDS, KEELAN | 11/18/16 | 11/22/16 | 4 |
| | | | | 15 |

The Metropolitan Government of Nashville and Davidson County

I N V O I C E    SH1216R&B

3/31/2017
Kbratcher

TO:  **US Marshal's Service**

FROM:  The Metropolitan Government of Nashville and Davidson County

**Estes Keefauver Federal Bldg**

**110 9th Avenue North**    Dept:  Sheriff's Office

**Room A-750**

**Nashville, TN 37203**    Address:  506 Second Avenue North, Nashville, TN 37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **December-16** | | | | |
| **12/1/16** | **Contract Number J-B-75-M-160** | | | | |
| **12/31/2016** | 5 days @ $61 | | | | $ 305.00 |
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | | TOTAL | $ 305.00 |

METRO 007583

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 824156 | SPENCER, RUSHA  M | 12/13/16 | 12/15/16 | 2 |
| 824095 | THIRKILL, EMMANUEL | 12/9/16 | 12/12/2016 | 3 |
| | | | | 5 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**        SH0117R&B

3/31/2017
Kbratcher

| | |
|---|---|
| TO: | **US Marshal's Service** |
| | **Estes Keefauver Federal Bldg** |
| | **110 9th Avenue North** |
| | **Room A-750** |
| | **Nashville, TN  37203** |

FROM:   The Metropolitan Government of Nashville and
Davidson County

Dept:   Sheriff's Office

Address:  506 Second Avenue North, Nashville, TN   37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| | **January-17** | | | | |
| **1/1/17** | **Contract Number J-B-75-M-160** | | | | |
| **1/31/2017** | 4 days @ $61 | | | | $        244.00 |
| | | | | | |

| | | | |
|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office<br>P.O. Box 196383 Nashville, TN 37219-6383<br>Contact: Kristie Bratcher 615-862-8222 | TOTAL | $ | 244.00 |

METRO 007585

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 827284 | MCGILL, PAUL D | 1/17/17 | 1/19/17 | 2 |
| 825206 | OCHAN, OBOB OMAN | 1/3/17 | 1/5/17 | 2 |
| | | | | 4 |

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**  SH0117TRANS

Original - State / Federal Agency
Copy 1 - Metro Division of Accounts
Copy 2 - Metro Division of Accounts
Copy 3 - Department

3/17/2017
Kbratcher

TO:

**US Marshal's Service**
**Estes Keefauver Federal Bldg**
**110 9th Avenue North**
**Room A-750**
**Nashville, TN 37203**

FROM: The Metropolitan Government of Nashville and Davidson County

Dept: Sheriff's Office

Address: 506 Second Avenue North, Nashville, TN 37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| **1/1/17** **1/31/2017** | **January-17** | 10101 | | | |
| | **Prisoner Transport (see attached sheets)** | | | | **36.61** |

| | TOTAL | |
|---|---|---|
| Please return remittance advise to Davidson County Sheriff's Office 506 Second Avenue North, Nashville, TN 37201 (615) 862-8222 | TOTAL | **$ 36.61** |

METRO 007587

| | | DAVIDSON COUNTY SHERIFF'S OFFICE | | | | |
|---|---|---|---|---|---|---|
| | | SUMMARY OF U.S. PRISONERS TRANSPORT | | | | |
| | | Jan-17 | | | | |
| | | | | | | |
| | MILEAGE | MILEAGE | OFFICER @ | GUARD @ | OFFICER/GUARD | TOTAL |
| DATE | @ .535 | $AMOUNT | 17.50 HR | 17.50 HR | $AMOUNT | $AMOUNT |
| 01/05/17 | 3 | 1.61 | 1 | 1 | 35.00 | 36.605 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 3.00 | 1.61 | 1.00 | 1.00 | 35.00 | 36.61 |

METRO 007588

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**       SH0117TRANS

*Original - State / Federal Agency*
*Copy 1 - Metro Division of Accounts*
*Copy 2 - Metro Division of Accounts*
*Copy 3 - Department*

3/17/2017
Kbratcher

|  | FROM: | The Metropolitan Government of Nashville and |
|---|---|---|
| TO: | **US Marshal's Service** | Davidson County |
|  | **Estes Keefauver Federal Bldg** | |
|  | **110 9th Avenue North** | Dept: Sheriff's Office |
|  | **Room A-750** | |
|  | **Nashville, TN 37203** | Address: 506 Second Avenue North, Nashville, TN 37201 |

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| **1/1/17** **1/31/2017** | **January-17** | 10101 | | | |
| | **Prisoner Transport (see attached sheets)** | | | | **91.40** |

| | | |
|---|---|---|
| Please return remittance advise to Davidson County Sheriff's Office 506 Second Avenue North, Nashville, TN 37201 (615) 862-8222 | TOTAL | $ **91.40** |

METRO 007589

The Metropolitan Government of Nashville and Davidson County

**I N V O I C E**          SH0117R&B

3/31/2017
Kbratcher

TO:          **US Marshal's Service**          FROM: The Metropolitan Government of Nashville and
             **Estes Keefauver Federal Bldg**          Davidson County
             **110 9th Avenue North**          Dept:   Sheriff's Office
             **Room A-750**
             **Nashville, TN 37203**          Address: 506 Second Avenue North, Nashville, TN   37201

| Period Covered | Program Name & Contract Number | Fund | Revenue Code | Sub-Account | AMOUNT |
|---|---|---|---|---|---|
| **2/1/17** **2/28/2017** | **February-17** **Contract Number J-B-75-M-160** 11 days @ $61 | | | | $        671.00 |
| | | | | | |

| | | TOTAL | $        671.00 |
|---|---|---|---|
| Please return remittance advice to Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383 Contact: Kristie Bratcher 615-862-8222 | | | |

METRO 007590

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 787948 | BOLING, CHRISTOPHER RONALD | 2/3/17 | 2/6/17 | 3 |
| 830687 | BRADFORD, DON MONTRAIL | 2/8/17 | 2/9/17 | 1 |
| 833091 | HARWELL, WILLIAM DAWSON | 2/28/17 | 3/1/17 | 1 |
| 830711 | MATEO-LUCAS, BERNARDO | 2/8/17 | 2/9/17 | 1 |
| 831190 | RHOADES, DAVID E | 2/13/17 | 2/14/17 | 1 |
| 828958 | THOMPSON, DEVAN JAVON | 1/24/17 | 2/3/17 | 2 |
| | MARTIN, DWIGHT D | 2/26/17 | 2/28/17 | 2 |
| | | | | 11 |

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 793479 | BONILLA, JUAN | 3/2/17 | 3/7/17 | 5 |
| 793472 | CARDOZA MARTINEZ, VICTOR A | 3/2/17 | 3/7/17 | 5 |
| 819175 | SMITH, CORNELIUS E | 3/17/17 | 4/24/17 | 15 |
| 836219 | FIZER, ANTHONY L | 3/29/17 | 3/31/17 | 2 |
| | | | | 27 |

1647

METRO 007592

| CIS# | Name | Admit | Release | LOS |
|------|------|-------|---------|-----|
| 837821 | ALLEN, ERIC J | 4/24/17 | 4/26/17 | 2 |
| 820563 | JENKINS, DUANTEZ CORNELL | 4/28/17 | 5/1/17 | 3 |
| 819175 | SMITH, CORNELIUS E | 3/17/17 | 4/24/17 | 23 |
| 835637 | VARGAS, URIEL | 4/3/17 | 4/4/17 | 1 |
| 837820 | WILLIAMS, JOE LEWIS | 4/20/17 | 4/21/17 | 1 |

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND
# SERVICES OTHER THAN PERSONAL

**VOUCHER NUMBER**

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED | SCHEDULE NUMBER |
|---|---|---|
| DEPARTMENT OF JUSTICE<br>U.S. MARSHALS SERVICE<br>110 9TH AVENUE SOUTH, ROOM A-750<br>NASHVILLE, TN 37203 | 05/02/2017 | |
| | CONTRACT NUMBER AND DATE<br>IGA# JB75M160 | PAID BY |
| | REQUISITION NUMBER AND DATE | |

**PAYEE'S NAME AND ADDRESS**

Davidson County Sheriff's Office
P.O. Box 196383
Nashville, TN 37219-6383

DUNS# 078217668           INVOICE# DCSO0317

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES *(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary)* | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 03/01/2017 | 03/31/2017 | Care and Custody of Federal Inmates for the month of March | 27 | 61 | day | 1,647 |

(Use continuation sheet(s) if necessary)      **(Payee must NOT use the space below)**      **TOTAL**      1,647

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | =$<br>BY ² | =$1.00 | |

Amount verified; correct for payment

TITLE                              *(Signature or initials)*

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____         _____         _____
*(Date)*                    *(Authorized Certifying Officer)* ²                *(Title)*

ACCOUNTING CLASSIFICATION

| P A I D B Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON *(Name of bank)* |
|---|---|---|---|---|
| | CASH<br>$ | DATE | PAYEE ³ | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

PER

TITLE

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

METRO 007594

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

| | |
|---|---|
| **VOUCHER NUMBER** | |

**U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION**

DEPARTMENT OF JUSTICE
U.S. MARSHALS SERVICE
110 9TH AVENUE SOUTH, ROOM A-750
NASHVILLE, TN 37203

**DATE VOUCHER PREPARED**
05/02/2017

**CONTRACT NUMBER AND DATE**
IGA# JB75M160

**REQUISITION NUMBER AND DATE**

**SCHEDULE NUMBER**

**PAID BY**

**PAYEE'S NAME AND ADDRESS**

Davidson County Sheriff's Office
P.O. Box 196383
Nashville, TN 37219-6383

DUNS# 078217668          INVOICE# DCSO317TR

**DATE INVOICE RECEIVED**

**DISCOUNT TERMS**

**PAYEE'S ACCOUNT NUMBER**

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 03/01/2017 | 03/31/2017 | Transport of federal inmates during the month of March<br>Cordoza, Victor 3/7/17<br>Hernandez, Deigo 3/7/17 | 1 | 36.62 | | 36.62 |

(Use continuation sheet(s) if necessary)          **(Payee must NOT use the space below)**          **TOTAL** 36.62

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES | |
|---|---|---|---|---|
| ☐ PROVISIONAL | =$ | =$1.00 | | |
| ☐ COMPLETE | BY 2 | | | |
| ☐ PARTIAL | | | | |
| ☐ FINAL | | | Amount verified; correct for payment | |
| ☐ PROGRESS | TITLE | | (Signature or initials) | |
| ☐ ADVANCE | | | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____          _____          _____
(Date)                    (Authorized Certifying Officer) 2          (Title)

ACCOUNTING CLASSIFICATION

| P A I D B Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH $ | DATE | PAYEE 3 | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

| PER | |
|---|---|
| TITLE | |

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

METRO 007595

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND
# SERVICES OTHER THAN PERSONAL

| | |
|---|---|
| VOUCHER NUMBER | |

**U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION**

DEPARTMENT OF JUSTICE
U.S. MARSHALS SERVICE
110 9TH AVENUE SOUTH, ROOM A-750
NASHVILLE, TN 37203

| DATE VOUCHER PREPARED | SCHEDULE NUMBER |
|---|---|
| 08/04/2017 | |
| **CONTRACT NUMBER AND DATE** | **PAID BY** |
| IGA# JB75M160 | |
| **REQUISITION NUMBER AND DATE** | |

| PAYEE'S NAME AND ADDRESS | Davidson County Sheriff's Office<br>P.O. Box 196383<br>Nashville, TN 37219-6383<br><br>DUNS# 078217668     INVOICE# DCSO417TR | |
|---|---|---|

| DATE INVOICE RECEIVED |
|---|
| **DISCOUNT TERMS** |
| **PAYEE'S ACCOUNT NUMBER** |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | COST | PER | (1) |
| 04/01/2017 | 04/30/2017 | Transport of federal inmates during the month of April | 2 | 45.7 | | 91.4 |

(Use continuation sheet(s) if necessary)    **(Payee must NOT use the space below)**    **TOTAL** 91.4

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES | |
|---|---|---|---|---|
| ☐ PROVISIONAL | =$ | =$1.00 | | |
| ☐ COMPLETE | BY [2] | | | |
| ☐ PARTIAL | | | | |
| ☐ FINAL | | | Amount verified; correct for payment | |
| ☐ PROGRESS | TITLE | | (Signature or initials) | |
| ☐ ADVANCE | | | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____         _____         _____
    (Date)              (Authorized Certifying Officer) [2]          (Title)

ACCOUNTING CLASSIFICATION

| P A I D B Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON  (Name of bank) |
|---|---|---|---|---|
| | CASH<br>$ | DATE | PAYEE [3] | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear.  For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

| PER |
|---|
| TITLE |

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid.  Failure to furnish this information will hinder discharge of the payment obligation.

METRO 007596

| | | DAVIDSON COUNTY SHERIFF'S OFFICE | | | | |
| | | SUMMARY OF U.S. PRISONERS TRANSPORT | | | | |
| | | Apr-17 | | | | |
| | | | | | | |
| | MILEAGE | MILEAGE | OFFICER @ | GUARD @ | OFFICER/GUARD | TOTAL |
| DATE | @ .535 | $AMOUNT | 17.50 HR | 17.50 HR | $AMOUNT | $AMOUNT |
| 04/26/17 | 20 | 10.70 | 1 | 1 | 35.00 | 45.7 |
| 04/26/17 | 20 | 10.70 | 1 | 1 | 35.00 | 45.7 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 40.00 | 21.40 | 2.00 | 2.00 | 70.00 | 91.40 |

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND
## SERVICES OTHER THAN PERSONAL

VOUCHER NUMBER

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED | SCHEDULE NUMBER |
|---|---|---|
| DEPARTMENT OF JUSTICE | 08/04/2017 | |
| U.S. MARSHALS SERVICE | CONTRACT NUMBER AND DATE | PAID BY |
| 110 9TH AVENUE SOUTH, ROOM A-750 | IGA# JB75M160 | |
| NASHVILLE, TN 37203 | REQUISITION NUMBER AND DATE | |

| PAYEE'S NAME AND ADDRESS | Davidson County Sheriff's Office<br>P.O. Box 196383<br>Nashville, TN 37219-6383<br><br>DUNS# 078217668          INVOICE# DCSO517TR | |
|---|---|---|

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NUMBER

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 05/01/2017 | 05/31/2017 | Transport of federal inmates during the month of May | | | | |

(Use continuation sheet(s) if necessary)    **(Payee must NOT use the space below)**    **TOTAL**

PAYMENT:
- [ ] PROVISIONAL
- [ ] COMPLETE
- [ ] PARTIAL
- [ ] FINAL
- [ ] PROGRESS
- [ ] ADVANCE

| APPROVED FOR =$ | EXCHANGE RATE =$1.00 | DIFFERENCES |
|---|---|---|
| BY 2 | | |
| TITLE | | Amount verified; correct for payment |
| | | (Signature or initials) |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____    _____    _____
(Date)      (Authorized Certifying Officer) 2      (Title)

ACCOUNTING CLASSIFICATION

| P A I D B Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH $ | DATE | PAYEE 3 | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear.  For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

PER

TITLE

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid.  Failure to furnish this information will hinder discharge of the payment obligation.

METRO 007598

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND
## SERVICES OTHER THAN PERSONAL

VOUCHER NUMBER

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | | SCHEDULE NUMBER |
|---|---|---|
| **DEPARTMENT OF JUSTICE** | DATE VOUCHER PREPARED 05/02/2017 | |
| **U.S. MARSHALS SERVICE** | CONTRACT NUMBER AND DATE | PAID BY |
| 110 9TH AVENUE SOUTH, ROOM A-750 | IGA# JB75M160 | |
| NASHVILLE, TN 37203 | REQUISITION NUMBER AND DATE | |

| PAYEE'S NAME AND ADDRESS | Davidson County Sheriff's Office P.O. Box 196383 Nashville, TN 37219-6383  DUNS# 078217668        INVOICE# DCSO617RB | |
|---|---|---|
| | | DATE INVOICE RECEIVED |
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES (Enter description, item number of contract or Federal supply schedule, and other information deemed necessary) | QUAN-TITY | UNIT PRICE COST | PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| 06/01/2017 | 06/30/2017 | Housing of federal inmates during the month of June | 12 | 61 | | 732 |

(Use continuation sheet(s) if necessary)    **(Payee must NOT use the space below)**    **TOTAL**    732

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | DIFFERENCES |
|---|---|---|---|
| ☐ PROVISIONAL | =$ | =$1.00 | |
| ☐ COMPLETE | BY 2 | | |
| ☐ PARTIAL | | | |
| ☐ FINAL | | | Amount verified; correct for payment |
| ☐ PROGRESS | TITLE | | (Signature or initials) |
| ☐ ADVANCE | | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____        _____        _____
     (Date)                    (Authorized Certifying Officer) 2                    (Title)

### ACCOUNTING CLASSIFICATION

| P A I D B Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH $ | DATE | PAYEE 3 | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

PER

TITLE

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

METRO 007599