IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULLAH ABRIQ ) | |
|     Plaintiff, ) | No. 3:17-cv-00690 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | |
| METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND ) | |
| DAVIDSON COUNTY, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Doc. No. 201) and Plaintiff's Motion for Summary Judgment (Doc. No. 207). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**. Accordingly, this action is **DISMISSED**.

Also pending is Plaintiff's Motion to Strike United States Statement of Interest (Doc. No. 239). The Court did not rely upon the Statement of Interest in its ruling. Therefore, Plaintiff's Motion to Strike is **DENIED** as moot.

The pretrial conference set for November 19, 2018, and the jury trial set for November 27, 2018, are canceled, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE